**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorney for Defendant
COUNTY OF PLUMAS

Jennifer Weiner, SBN 226151
**KOELLER, NEBEKER, CARLSON & HALUCK, LLP**
1478 Stone Point Drive, Suite 400
Roseville, CA 95661
TEL: 916.724.5700
FAX: 916.788-2850
Attorney for Plaintiffs
SHARON AND JOE SCRIBELLITO

Peter H. Cuttitta, SBN 76176
**PORTER- SIMON**
40200 Truckee Airport Road
Truckee, CA 96161
TEL: 530.587.2002
FAX: 530.587.1316
Attorneys for Defendants
CITY OF PORTOLA, JOHN LARRIEU, CHUCK SPENCER,
CURT McBRIDE, WILLIAM WEAVER and WILLIAM KENNEDY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON AND JOE SCRIBELLITO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PORTOLA; PLUMAS COUNTY; JOHN LARRIEU; CHUCK SPENCER; CURT McBRIDE; WILLIAM WEAVER; WILLIAM KENNEDY and DOES 1 TO 30, Inclusive,<br><br>    Defendants.<br>_____/ | Case No.  2:08-CV-00154-MCE-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PLUMAS COUNTY**<br><br>Complaint Filed: 01/22/08<br>Amended Complaint Filed: 06/12/09 |

1

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs SHARON AND JOE SCRIBELLITO , Defendant PLUMAS COUNTY, and Defendants CITY OF PORTOLA, JOHN LARRIEU, CHUCK SPENCER, CURT McBRIDE, WILLIAM WEAVER and WILLIAM KENNEDY, by and through their undersigned counsel, that this action be dismissed, <u>as to Defendant PLUMAS COUNTY, only, with prejudice</u>, each side to bear its own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: March 31, 2011

PORTER SCOTT
A PROFESSIONAL CORPORATION

By      /s/
　　Carl L. Fessenden
　　Attorney for Defendant PLUMAS COUNTY

Dated: March 29, 2011

LAW OFFICE OF KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By      /s/
　　Jennifer Weiner
　　Attorney for Plaintiffs SHARON AND JOE SCRIBELLITO

Dated: March 31, 2011

LAW OFFICE OF PORTER-SIMON

By      /s/
　　Peter Cuttitta
　　Attorney for Defendants CITY OF PORTOLA; JOHN LARRIEU, CHUCK SPENCER, CURT McBRIDE, WILLIAM WEAVER and WILLIAM KENNEDY

**ORDER**

**IT IS SO ORDERED.**

Dated: April 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2