Jerome R. Satran, Esq. (SBN 188286)
Jennifer A. Weiner, Esq. (SBN 226151)
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
1478 Stone Point Drive, Suite 400
Roseville, CA  95661
Tel: (916) 724-5700
Fax: (916) 788-2850
Attorneys for Plaintiffs
SHARON AND JOE SCRIBELLITO

Peter H. Cuttitta, Esq. (SBN 76176)
PORTER – SIMON
40200 Truckee Airport Road
Truckee, CA  96161
Tel: (530) 587-2002
Fax: (530) 587-1316
Attorneys for Defendants
CITY OF PORTOLA, JOHN LARRIEU,
CHUCK SPENCER, CURT McBRIDE,
WILLIAM WEAVER and WILLIAM KENNEDY

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON AND JOE SCRIBELLITO<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF PORTOLA; PLUMAS COUNTY; JOHN LARRIEU; CHUCK SPENCER; CURT McBRIDE; WILLIAM WEAVER; WILLIAM KENNEDY and DOES 1 to 30, Inclusive<br><br>　　　　　Defendants. | Case No. 2:08-cv-00154-MCE-GGH (TEMP)<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint filed: 01/22/08<br>Amended Complaint filed: 06/12/09 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED.**

///

///

///

**1**

| | | |
|---|---|---|
| 1 | DATED: May 31, 2011 | KOELLER, NEBEKER, CARLSON & HALUCK, LLP |

/s/
Jennifer A. Weiner, Esq.
Attorneys for Plaintiff
SHARON AND JOE SCRIBELLITO

DATED: May 25, 2011     PORTER – SIMON

      /s/
Peter H. Cuttitta
Attorneys for City of Portola, John Larrieu, Chuck Spencer, Curt McBride, William Weaver, and William Kennedy

### ORDER

IT IS SO ORDERED.  The matter having been dismissed in its entirety, the Clerk of Court is hereby directed to close this file.

Date: June 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE